IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD D. CURRY,
    Plaintiff,

vs.                               Case No.: 3:16cv483/MCR/EMT

R. JOHNSON
and M. DONAHOO,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court on Plaintiff's Request for Entry of Default (ECF No. 38). Plaintiff requests entry of a default against Defendant Donahoo for failure to plead or otherwise defend within twenty (20) days of being served with process (*id.*). Defendant Donahoo opposes the request (*see* ECF No. 39).

Rule 55 of the Federal Rules of Civil Procedure provides, in relevant part:

**(a) Entering a Default.** When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

**(b) Entering a Default Judgment.**

    **(1) By the Clerk.** If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a

defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

**(2) By the Court.** In all other cases, the party must apply to the court for a default judgment.

Fed. R. Civ. P. 55(a), (b).

The docket reflects that Defendant Donahoo was served with process on March 31, 2017 (*see* ECF No. 17). The court ordered Defendants to file a response to the complaint within sixty (60) days of the date of service (*see* ECF No. 15 at 3 ¶ 6). Defendant Donahoo filed a motion to dismiss on May 26, 2017, which was prior to the 60-day deadline (*see* ECF No. 29). Defendant Donahoo did not fail to plead or otherwise defend; therefore, Plaintiff has failed to show he is entitled to entry of a default or a default judgment.

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's Request for Entry of Default (ECF No. 38) be **DENIED**.

At Pensacola, Florida, this 29th day of June 2017.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:16cv483/MCR/EMT

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**