UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD D. CURRY,
    Plaintiff,

v().          Case No.: 3:16cv483/MCR/EMT

R. JOHNSON,
    Defendant.
_____/

## **O R D E R**

This case is before the Court on the Chief Magistrate Judge's Report and Recommendation dated November 22, 2017, ECF No. 56. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Defendant's Motion to Dismiss, ECF No. 52, is **GRANTED IN PART**

**ONLY** as to Plaintiff's claims for monetary damages against Defendant in his official capacity.

3. This Clerk is directed to refer the case to the assigned magistrate judge for further proceedings.

**DONE AND ORDERED** this 22nd day of December 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**