# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

EDWARD D. CURRY,

    Plaintiff,

v.                                             CASE NO. 3:16cv483/MCR/EMT

R. JOHNSON,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 28, 2018. ECF No. 85. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Johnson's motion for summary judgment, ECF No. 75, is **GRANTED**; and

3. The clerk of court is directed to enter judgment in favor of Defendant and against Plaintiff.

**DONE AND ORDERED** this 22nd day of January 2019.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

